UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

DANIEL J. COWICK,

       Petitioner,

       v.                                                              Case No. 07-C-0197

PAM WALLACE,

       Respondent.

## ORDER DENYING AS MOOT PETITIONER'S MOTION
## TO FILE ADMINISTRATIVE RECORD

On June 25, 2007, the petitioner, Daniel J. Cowick ("Cowick"), filed a motion seeking, *inter alia*, an order directing the respondent to file with this court a copy of the entire administrative file of his probation revocation. On July 6, 2007, the respondent, Pam Wallace ("Wallace"), filed her response. Wallace states that she has no objection to Cowick's request and that she "is in the process of securing the complete file for submission to this court." (Resp. at 1.) Wallace estimates that the complete file will be filed with this court on or before July 13, 2007. Given the foregoing, Cowick's motion will be denied as moot.

**NOW THEREFORE IT IS ORDERED** that petitioner Cowick's motion to file the entire administrative record of his probation revocation proceedings be and hereby is **DENIED AS MOOT**.

**SO ORDERED** this 9th day of July 2007, at Milwaukee, Wisconsin.


s/ William E. Callahan, Jr.
WILLIAM E. CALLAHAN, JR.
United States Magistrate Judge