UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

DANIEL J. COWICK,

    Petitioner,

    v.                                             Case No. 07-C-0197

PAM WALLACE,

    Respondent.

**ORDER**

The petitioner, Daniel J. Cowick ("Cowick") has petitioned this court for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. In compliance with the court's orders, Cowick filed his brief in support of his petition on August 9, 2007, and on October 9, 2007, the respondent, Pam Wallace ("Wallace") filed her brief in opposition to the petition. The petitioner's reply brief is currently due on January 14, 2008.

On December 3, 2007, the petitioner filed two motions with the court.[1] The first moved the court to order the respondent to submit the entire state court record, and the second moved the court to order the respondent to submit a recording received in evidence during the petitioner's administrative probation revocation hearing. On January 3, 2008, the respondent filed her response to the petitioner's motions. The respondent indicates in her response that she does not object to either motion and would be able to produce all requested documents and recordings on or before January 24, 2008.

---

[1] The petitioner also filed a third motion on December 3, 2007 that has already been addressed by the court.

**NOW THEREFORE IT IS ORDERED** that the petitioner's Motion for Respondent to Submit the Entire State Court Record (dkt #39) be and hereby is **DENIED** as **MOOT**;

**IT IS FURTHER ORDERED** that the petitioner's Motion to Obtain Audio/Video Recording (dkt #40) be and hereby is **DENIED** as **MOOT**;

**IT IS FURTHER ORDERED** that the respondent shall submit the entire state court record and the requested recording on or before January 24, 2008;

**IT IS FURTHER ORDERED** that the petitioner's reply brief shall be due on or before February 19, 2008.

**SO ORDERED** this 4th day of January 2008, in Milwaukee, Wisconsin.

/s/ William E. Callahan, Jr.
WILLIAM E. CALLAHAN, JR.
United States Magistrate Judge