UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

DANIEL J. COWICK,

    Petitioner,

  v.                                              Case No. 07-C-0197

PAM WALLACE,

    Respondent.

## ORDER

Currently pending before the court are a number of motions filed by the petitioner, Daniel J. Cowick ("Cowick"), requesting certain documents from the respondent, Pam Wallace ("Wallace"). More specifically, on February 8, 2008, Cowick filed two motions: (1) a motion for "the Court to please compel the Respondent to indicate whether or not the Respondent has complied with the Court's Order that was dated January 4, 2008 which stated for the Respondent to submit the requested audio recording (dkt #40) on or before January 24, 2008," (First Mot. at 1) and (2) a motion for "the Court to please compel the Respondent to submit the rest of the entire State Court Record to the Court and to the petitioner," (Second Mot. at 1). On February 25, 2008, Cowick filed a motion with the court again moving "the Court to please compel the Respondent to indicate whether or not the Respondent has complied with the Court's Order that was dated January 4, 2008, which stated for the Respondent to submit the requested audio recording (dkt #40) on or before January 24, 2008." (Mot. at 1.)

As directed by the court, the respondent filed her response to the petitioner's motions on March 24, 2008. In her response, the respondent "proposes that respondent have until April 4, 2008, within which to obtain and submit the materials or to report that such materials could not be located

and obtained." (Resp. at 5.) Because the date suggested by the respondent, April 4, 2008, has come and gone, the court will order that no later than April 21, 2008 the respondent must obtain and submit the materials requested by the petitioner to both the petitioner and the court or report to the court why the requested materials have not been produced.

**SO ORDERED** this 9th day of April, 2008, at Milwaukee, Wisconsin.

/s/ William E. Callahan, Jr.
WILLIAM E. CALLAHAN, JR.
United States Magistrate Judge